SO ORDERED

Sep 02, 2022

BARRY S. SCHERMER
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case Number: 22-40737-399 |
| Daniel & Tracy Daugherty, | ) |
| | ) Chapter 13 |
| Debtors. | ) |
| | ) Motion for Order Directing the Trustee |
| | ) to Hold Funds |

### MOTION FOR ORDER DIRECTING THE TRUSTEE TO HOLD FUNDS

COMES NOW Debtors, Daniel & Tracy Daugherty, by and through the attorney of record, and for this Motion for Order Directing the Trustee to Hold Funds, states as follows:

1. The Debtor filed a Chapter 13 Bankruptcy proceeding in the United States Bankruptcy Court, Eastern District of Missouri on March 18, 2022.

2. The Debtors bankruptcy was dismissed on August 10, 2022.

3. The Debtors' Chapter 13 plan was not confirmed.

4. The Trustee is currently holding $843.28 of funds paid by the Debtors.

5. The Debtors' attorney filed an application to retain $539 of these funds on August 22, 2022.

6. The objection deadline for this application is September 5, 2022.

7. The Debtors' attorney's customary hourly rate is $250 per hour. The Debtors' attorney estimates that an itemized and hourly fee application for the attorney's time on this case would exceed $5,000.00.

8. The Debtors' attorney has agreed to waive all fees owed to him if the Debtors pay him $1,100, $561.00 of which was paid prior to filing this case and the remaining

$539.00 is the subject of the attorney's fee application and will be paid to the attorney by the Chapter 13 Trustee.

WHEREFORE, the Debtors pray the Court enter an Order granting this Motion and ordering the Trustee to hold $843.28 in funds for an additional 14 days and for such other additional orders as this Court deems just and proper.

Respectfully Submitted
THE BANKRUPTCY COMPANY

/s/ David N. Gunn
David N. Gunn, #54880MO
2249 South Brentwood Blvd.
St. Louis, MO63144
Tel: 314-961-9822
Fax: 314-961-9825
generalmail@thebkco.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on August 30, 2022 with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

- **Diana S. Daugherty**   standing_trustee@ch13stl.com, trust33@ch13stl.com
- **Office of US Trustee**   USTPRegion13.SL.ECF@USDOJ.gov

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, address to those parties listed below on August 30, 2022.

/s/ Rachelle Strong
Rachelle Strong, Paralegal

Daniel & Tracy Daugherty
2680 Hedgeapple
Bonne Terre, MO  63628